THE CITY OF BUFFALO, Appellant, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent.

*City of Buffalo* v. *D., L. & W. R. R. Co.,* 68 App. Div. 488, affirmed.
(Argued February 26, 1904; decided March 16, 1904.)

APPEAL from so much of a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 19, 1902, as affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Charles L. Feldman* for appellant.

*John G. Milburn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT and VANN, JJ. Absent: MARTIN and WERNER, JJ.